CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

276-237-4806
Otis R. Wright
1847 Sleepy Hollow Rd.
Woodlawn, VA. 24381
  Plantiff

V.

Civil Case No. 7:12-CV-00234

Carroll Co. Public Service Auth.
605-2 Pine St.
Hillsville, VA.

Ray E. Hill
  Beaverdam Rd.
Hillsville, VA.
  Defendants

page 1

#1 Otis R. Wright
1847 Sleepy Hollow RD.
Woodlawn, VA.
    Plaintiff

#2-2 Carroll Co PSA
605-2 Pine St
Hillsville, VA.
    Defendants

#1-2 Ray E. Hill
    Beaver Dam RD.
Hillsville, VA.
    Defendant

To seek damages, lost wages, and income that I have lost. Recomendation and Release from EEOC. Plus any and all expense to obtain.

#3 The Defendent knowing and planned retaliation against an employee and used a disability to force me to sign a resignation giving up my position and job, and witholding reconition of my train license.

#4 The plantiff is asking for lost Health care coverage, The same Retirement that I would have Recieved, and The same wages of The other licensed Peronnell of CCPSA till such Retirement. 40,000 a year wages } Health care coverage } for 18 years + Retirement thereafter.

page 2

Otis Wright