CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 07 2012

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OTIS R. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:12-cv-00234 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| CARROLL COUNTY PUBLIC | ) By: James C. Turk |
| SERVICE AUTHORITY, | ) Senior United States District Judge |
| and | ) |
| RAY E. HILL, | ) |
| | ) |
| Defendants. | ) |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' Motion to Dismiss (ECF No. 3) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to strike this case from the Court's active docket and to send certified copies of this Order and the accompanying Memorandum Opinion to counsel for Defendants and the *pro se* Plaintiff.

**IT IS SO ORDERED.**

ENTER: This 7th day of August, 2012.

_____
Senior United States District Judge